Nicole Y. Blohm (SBN 177284)
E-mail:  nblohm@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KYLE SMITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | Case No. 2:25-cv-01291 JLS (PVCx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:　Hon. Josephine L. Staton<br>Ctrm:　8A, 8th Floor<br><br>Complaint Filed:  February 14, 2025 |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS FURTHER ORDERED that all dates previously set in this action are hereby vacated and taken off the Court's calendar;

IT IS FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: November 13, 2025

*Josephine L. Staton*

Hon. Josephine L. Staton
United States District Judge

4908-2955-5831 v1　　　1　　　Case No. 2:25-cv-01291 JLS (PVCx)
ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES